**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-6102**

———————————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

KAY OLDHAM MILLER,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.   William L. Osteen,
District Judge.  (CR-98-97, CA-01-149)

———————————

Submitted:  March 14, 2002          Decided:  March 26, 2002

———————————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Kay Oldham Miller, Appellant Pro Se.   Paul Alexander Weinman,
Assistant United States Attorney, Greensboro, North Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kay Oldham Miller seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Miller, Nos. CR-98-97; CA-01-149 (M.D.N.C. Dec. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED